| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    CRCH, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    80-0266141

**4. Debtor's address**

Principal place of business

621 S. Western Avenue
Suite 401
Los Angeles, CA 90005
Number, Street, City, State & ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
12945-13225 Peyton Dr. Chino Hills, CA 91709
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __CRCH, LLC_____    Case number (*if known*)_____
      Name

7. **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☐ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.

    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____  When _____  Case number _____

    District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____

    District _____  When _____  Case number, if known _____

Debtor  **CRCH, LLC**_____  Case number (*if known*)_____
        Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ■ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ■ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  __CRCH, LLC_____    Case number (*if known*)_____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August 21, 2017__
               MM / DD / YYYY

**X** /s/ Lloyd Lee                                    Lloyd Lee
Signature of authorized representative of debtor       Printed name

Title  **Chief Fiancial Officer**

---

**18. Signature of attorney**

**X** /s/ Howard I. Camhi                              Date  August 21, 2017
Signature of attorney for debtor                             MM / DD / YYYY

**Howard I. Camhi**
Printed name

**Ervin Cohen & Jessup LLP**
Firm name

**9401 Wilshire Boulevard**
**Ninth Floor**
**Beverly Hills, CA 90212-2974**
Number, Street, City, State & ZIP Code

Contact phone   310-273-6333        Email address   hcamhi@ecjlaw.com

**149194**
Bar number and State

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Howard I. Camhi<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard<br>Ninth Floor<br>Beverly Hills, CA 90212-2974<br>310-273-6333 Fax: 310-859-2325<br>149194<br>hcamhi@ecjlaw.com<br>*Attorney for:* CRCH, LLC | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
|---|---|
| In re:<br><br>CRCH, LLC<br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: | **8-21-17** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| | Other *(specify):* **20 Largest Unsecured Claims; Master Mailing List of Creditors; Corporate Resolution** | Date Filed: | **8-21-17** |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**August 21, 2017**
Date:

Signature (handwritten) of authorized signatory of Filing Party

**Lloyd Lee**
Printed name of authorized signatory of Filing Party

**Chief Financial Officer**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**August 21, 2017**
Date:

Signature (handwritten) of attorney for Filing Party

**Howard I. Camhi 149194**
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

## **CORPORATE RESOLUTION**

CRCH, LLC, a Delaware Limited Liability Company
Crossroads Marketplace, Chino Hills, CA
621 S. Western Ave., Ste. 401, Los Angeles, CA  90005
(213) 387-8811

Lloyd Lee, the Chief Financial Officer, certifies that he is the duly elected and qualified Chief Financial Officer of CRCH, LLC, and does hereby approve, the following resolutions:

RESOLVED, that CRCH, LLC ("CRCH") immediately file a voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that Lloyd Lee, is authorized, by his sole signature to sign all documents necessary and requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of CRCH in connection with such Chapter 11 case, and it is further

RESOLVED, that CRCH retain Ervin, Cohen & Jessup LLP as counsel to represent CRCH in connection with the proceedings.

DATED:  August 21, 2017            CRCH, LLC


                                   By: _____
                                       Lloyd Lee,
                                       Chief Financial Officer

15584.3:3644689.1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Beverly Hills**, California.    /s/ Lloyd Lee
                                              Lloyd Lee
Date: **August 21, 2017**                     Signature of Debtor


                                              Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: |
|---|
| Debtor name    **CRCH, LLC** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2017**        X **/s/ Lloyd Lee**
                                            Signature of individual signing on behalf of debtor

                                            **Lloyd Lee**
                                            Printed name

                                            **Chief Fiancial Offier**
                                            Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: CRCH, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 360 Twenty Four 7, Inc. 4712 Admiralty Way #304 Marina Del Rey, CA 90292 | 855-836-0247 | Security Services | | | | $14,020.00 |
| Bank of Hope 3200 Wilshire Blvd., #1400 Los Angeles, CA 90010 | 213-427-1000 | Short Term Loan | | | | $2,980,000.00 |
| Bellflower Town Center 8529 Artesia Blvd. Bellflower, CA 90706 | | Loan from Related Company | | | | $120,000.00 |
| Chino Hills Disposal PO Box 78829 Phoenix, AZ 85062-8829 | | Trash Disposal Service | | | | $3,000.00 |
| Chino Valley Pest Control 4195 Chino Hills Pkwy. #352 Chino Hills, CA 91709 | 909-393-1248 | Pest Control Service | | | | $155.00 |
| City of Chino Hills 14000 City Center Dr. Chino Hills, CA 91709 | | Utilities - Water | | | | $14,000.00 |
| Electric Construction Company 1709 E. South St. Long Beach, CA 90805 | 562-422-2926 | Parking Lot Lights Maintenance | | | | $1,600.00 |

Debtor  **CRCH, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Frontier Communications PO Box 5157 Tampa, FL 33675 | | Phone Lines Fire Life Safety | | | | $600.00 |
| Green Masters Building Service, Inc 3029 Alabama St. La Crescenta, CA 91214 | | Landscape, Sweeping, Janitoral | | | | $9,695.00 |
| Junjin Accounting & Tax Services 2550 Pleasant Hill Rd., #439 Duluth, GA 30096 | | Auditing Fee (Preliminary Work) | | | | $11,000.00 |
| So. Calif. Edison Co. PO Box 600 Rosemead, CA 91771-0001 | 800-950-2356 | Utilities - Electrical | | | | $3,200.00 |
| Stratex Solutions, Inc. 1938 N. Batavia Ste. E Orange, CA 92865 | 714-456-9191 | Fire Sprinkler Monitoring | | | | $280.00 |
| UCMK & Associates 3530 Wilshire Blvd., #1200 Los Angeles, CA 90010 | 213-388-8943 | Accouting Fees | | | | $200.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Howard I. Camhi<br>9401 Wilshire Boulevard<br>Ninth Floor<br>Beverly Hills, CA 90212-2974<br>310-273-6333 Fax: 310-859-2325<br>California State Bar Number: **149194**<br>hcamhi@ecjlaw.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>CRCH, LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 21, 2017**          /s/ Lloyd Lee
                                    Signature of Debtor 1

Date:                               _____
                                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 21, 2017**          /s/ Howard I. Camhi
                                    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1007-1.MAILING.LIST.VERIFICATION

CRCH, LLC
621 S. WESTERN AVENUE
SUITE 401
LOS ANGELES, CA 90005


HOWARD I. CAMHI
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD
NINTH FLOOR
BEVERLY HILLS, CA 90212-2974


360 TWENTY FOUR 7, INC.
4712 ADMIRALTY WAY #304
MARINA DEL REY, CA 90292


ALEX KILLICK
CW CAPITAL
7501 WISCONSIN AVE.
BETHESDA, MD 20814


BANK OF HOPE
3200 WILSHIRE BLVD., #1400
LOS ANGELES, CA 90010


BED BATH & BEYOND
ATTN: MR. WARREN EISENBERG
650 LIBERTY AVE.
UNION, NJ 07083


BELLFLOWER TOWN CENTER
8529 ARTESIA BLVD.
BELLFLOWER, CA 90706


BEVERAGES & MORE, INC.
ATTN: REAL ESTATE DEPT.
1401 WILLOW PASS RD., STE. 900
CONCORD, CA 94520

BP PARTNERS I, INC.
ATTN: CI HOW CHOU
13668 VALLEY BLVD., #C-2
LA PUENTE, CA 91746


CHINO HILLS DISPOSAL
PO BOX 78829
PHOENIX, AZ 85062-8829


CHINO VALLEY PEST CONTROL
4195 CHINO HILLS PKWY. #352
CHINO HILLS, CA 91709


CITY OF CHINO HILLS
14000 CITY CENTER DR.
CHINO HILLS, CA 91709


COLD STONE CREAMERY
ATTN: VINCENT CHAO
CHINO HILLS, CA 91709


CONTINENTAL FOOD MANAGEMENT, INC.
ATTN: AMER BOUKAI
32 EDELMAN
IRVINE, CA 92618


CVS HEALTH
ATTN: SHANNON MACLEOD
ONE CVS DRIVE
WOONSOCKET, RI 02895


DOLLAR TREE STORES, INC.
ATTN: LEASE ADMINISTRATION DEPT.
REFERENCE: STORE #4682
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

ELECTRIC CONSTRUCTION COMPANY
1709 E. SOUTH ST.
LONG BEACH, CA 90805


ELISE DENTAL
13089 PEYTON DR., STE. B
CHINO HILLS, CA 91709


EMAD HABIB
14811 CALLE BRILLANTE
CHINO HILLS, CA 91709


FANTASTIC SAMS
ATTN: SYED AHMED
C/O NORTH AMERICAN GROUP, INC.
PO BOX 28
SOUTH PASADENA, CA 91031


FAZOLI'S ITALIAN RESTAURANT
ATTN: AJAY NANDWANI - OWNER
13015 PEYTON DR.
CHINO HILLS, CA 91709


FAZOLI'S ITALIAN RESTAURANT
ATTN: AJAY NANDWANI - OWNER
1721 ACACIA HILL RD.
DIAMOND BAR, CA 91765


FRONTIER COMMUNICATIONS
PO BOX 5157
TAMPA, FL 33675


GATEWAY TECH CENTER
ATTN: REAL ESTATE DEPT.
155 NORTH 400 WEST, STE. 300
SALT LAKE CITY, UT 84103

GENERAL NUTRITION CORP.
ATTN: REAL ESTATE COUNSEL
300 SIXTH AVE.
PITTSBURGH, PA 15222


GREEN BANANA LEAF, LLC
13089 PEYTON DR., STE. J
CHINO HILLS, CA 91709


GREEN MASTERS BUILDING SERVICE, INC
3029 ALABAMA ST.
LA CRESCENTA, CA 91214


HALLE PROPERTIES, LLC
20225 N. SCOTTSDALE
SCOTTSDALE, AZ 85255


JP MORGAN CHASE
LEASE ADMINISTRATION
1111 POLARIS PARKWAY, FLOOR 1E
MAIL CODE: OH1-0241
COLUMBUS, OH 43240


JUNJIN ACCOUNTING & TAX SERVICES
2550 PLEASANT HILL RD., #439
DULUTH, GA 30096


LEE DYNASTY INC.
621 S. WESTERN AVE., #401
LOS ANGELES, CA 90005


LOS ANGELES SMSA LIMITED PARTNERSHI
DBA VERIZON WIRELESS
ATTN: NETWORK REAL ESTATE
180 WASHINGTON VALLEY RD.
BEDMINSTER, NJ 07921

MARVELOUS PARTNER, INC.
ATTN: JIAN AN TAN OR DANNY MA
13161-B PEYTON DR.
CHINO HILLS, CA 91709


NUMBER 9 ENTERPRISE, INC.
ATTN: XIUHONG HUANG
13065 PEYTON DR., STE. A
CHINO HILLS, CA 91709


OMANI SOONDAE & TOFU HOUSE
12959 PEYTON DR., STE. B
CHINO HILLS, CA 91709


PETSMART, INC.
ATTN: SENIOR V.P. OF REAL ESTATE
19601 N. 27TH AVE.
PHOENIX, AZ 85027


SKT INVESTMENT, LLC
621 S. WESTERN, #401
LOS ANGELES, CA 90005


SO. CALIF. EDISON CO.
PO BOX 600
ROSEMEAD, CA 91771-0001


SPIRIT HALLOWEEN SUPERSTORES LLC
ATTN: LEASE ADMINISTRATION
6826 BLACK HORSE PIKE
EGG HARBOR TOWNSHIP, NJ 08234


STRATEX SOLUTIONS, INC.
1938 N. BATAVIA STE. E
ORANGE, CA 92865

TRYST HAIR BOUTIQUE AND SPA, LLC
13065 PEYTON DR., STE. D
CHINO HILLS, CA 91709


UCMK & ASSOCIATES
3530 WILSHIRE BLVD., #1200
LOS ANGELES, CA 90010


UNION BANK
C/O CB RICHARD ELLIS
PORTFOLIA ADMINISTRATION SERVICES
5100 POPLAR AVE., STE. 1000
MEMPHIS, TN 38137


UNION BANK - CORPORATE REAL ESTATE
ATTN: REAL ESTATE MGR. (MC H-1RE)
350 CALIFORNIA ST., MEZZ
SAN FRANCISCO, CA 94104


UNION BANK, N.A.
OFFICE OF THE GENERAL COUNSEL
400 CALIFORNIA ST., 16TH FLOOR
SAN FRANCISCO, CA 94101


URBAN HARVEST INTERNATIONAL, INC.
ATTN: SZECHUAN CHEF  - CHINO HILLS
937 E. LAS TUNAS DR., STE. B
SAN GABRIEL, CA 91776


US BANK
80 S. 8TH ST., #224
MINNEAPOLIS, MN 55402


VAN DUC TRAN AND LOC VAN TRAN
13089 PEYTON DR., STE. H
CHINO HILLS, CA 91709

WANALAPA KAEWTHONGKHAM
13089 PEYTON DR., STE I
CHINO HILLS, CA 91709


WANALAPA KAEWTHONGKHAM
13089 PEYTON DR., STE. E
CHINO HILLS, CA 91709


WINPIN 85 INVESTMENTS, INC.
DBA 85 BAKERY
1672 MCGAW AVE.
IRVINE, CA 92614


WORLD OF DECOR, INC.
11423 SATTELLITE BLVD.
ORLANDO, FL 32837


YOUNG KYUN RHO
DBA U.P.S. STORE
13089 PEYTON DR., STE. C
CHINO HILLS, CA 91709